UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY J. BLOOMHUFF,

       Plaintiff,                      CIVIL ACTION NO. 11-CV-12604

  vs.

                                       DISTRICT JUDGE SEAN F. COX

BLACK & DECKER (U.S.) INC.,    MAGISTRATE JUDGE MONA K. MAJZOUB

       Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY (DOCKET NO. 9)

This matter comes before the Court on Defendant's Motion to Compel Discovery filed on January 3, 2012. (Docket no. 9). On January 10, 2012 this Court ordered the parties to submit a Joint Statement of Resolved and Unresolved Issues by February 17, 2012. (Docket no. 11). Defendant filed a Statement of Resolved and Unresolved Issues on February 16, 2012. (Docket no. 14). Plaintiff neither answered the Motion to Compel nor participated in the Joint Statement. The Motion to Compel has been referred to the undersigned for determination pursuant to 28 U.S.C. § 636(b)(1)(A). (Docket no. 10). The Court dispenses with oral argument on the motion pursuant to E.D. Mich. LR 7.1(f). The motion is now ready for ruling.

Defendant served Plaintiff's counsel with its First Set of Interrogatories and First Requests for Production of Documents on June 21, 2012. (Docket no. 9, ex. A, B). Under Federal Rules of Civil Procedure 33 and 34, Plaintiff's responses to these requests were due within thirty days after service of the discovery requests. Defendant contends that as of the date of its motion, Plaintiff still

1

has not served responses or objections to the requests. Plaintiff has not shown otherwise. Accordingly, the Court will grant Defendant's motion and will give Plaintiff until March 9, 2012 to fully respond in writing without objections to Defendant's First Set of Interrogatories and First Requests for Production of Documents.

**IT IS THEREFORE ORDERED** that Defendant's Motion To Compel Discovery (docket no. 9) is **GRANTED**. On or before March 9, 2012 Plaintiff must serve on Defendant full and complete written responses without objections to Defendant's First Set of Interrogatories and First Requests for Production of Documents in accordance with Federal Rules of Civil Procedure 33 and 34.

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: February 23, 2012            s/ Mona K. Majzoub
                                    MONA K. MAJZOUB
                                    UNITED STATES MAGISTRATE JUDGE

### PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: February 23, 2012            s/ Lisa C. Bartlett
                                    Case Manager

2